RUGER, Appellant, vs. BOARD OF SCHOOL DIRECTORS OF THE TOWN OF BRULE, Respondent.

*March 31—April 20, 1909.*

*Rogers-Ruger Co. v. School Directors, ante*, p. 135, **followed.**

APPEAL from a judgment of the superior court of Douglas county: CHARLES SMITH, Judge.    *Reversed.*

*H. V. Gard*, for the appellant.

For the respondent there was a brief by *Grace & Hudnall* and *C. R. Fridley*, and oral argument by *G. B. Hudnall*.

TIMLIN, J.    This appeal presents the same questions of law determined in *Rogers-Ruger Co. v. School Directors, ante*, p. 135, 120 N. W. 849.

The judgment should therefore be reversed, and the cause remanded for a new trial.

*By the Court.*—It is so ordered.